**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**NORTHERN DIVISION**
**AT COVINGTON**

**CIVIL ACTION NO. 11-227-CJS**

**MINIKA R. MONROE**                                                    **PLAINTIFF**

**v.**                                          **ORDER**

**AIMBRIDGE HOSPITALITY, LP, et al.**                                  **DEFENDANTS**

* * * * * * * * * * * * * *

The parties, by and through their counsel, having recently filed a Civil Rule 41(a)(1)(A)(ii) Stipulated Dismissal (R. 26) reflecting their voluntary resolution of this case and stipulation that the action should now be dismissed with prejudice; and the Court having reviewed same and being sufficiently advised; accordingly,

**IT IS ORDERED** that any remaining pretrial case deadlines in this case are hereby **vacated;** that this action is hereby **dismissed with prejudice as voluntarily resolved;** and that the matter is hereby **stricken** from the active docket of this Court.

Dated this 28th day of December, 2012.



Signed By:

_Candace J. Smith_

**United States Magistrate Judge**

G:\DATA\Orders\civil cov\2011\11-227 dismissal order.wpd